Rec #6745
12/7/09
$126.29

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF NEW YORK
--------------------------------------------------

IN RE:                                       BK NO. 04-22437

BRADLEY & LINDA AULIN
       Debtor(s)
--------------------------------------------------

## TRANSMITTAL OF UNCLAIMED FUNDS

George M. Reiber, Chapter 13 Trustee, reports the following:

1. Ninety days have passed since final distribution under the Chapter 13 plan was made in the following case. Your trustee has stopped payment on all checks remaining unpaid listed below. The names of the persons to whom such unnegotiated distribution checks were issued and the amount of such checks are as follows:

   Advance Acceptance/All-Lines Leasing
   600 South Highway 169 Ste 1701
   St Louis Park, MN 55426

2. Your Trustee's check for $126.29, payable to the Clerk of the Court, is attached to this report.

3. Nothing further remains to be done in this case.

Dated: December 3, 2009
       Rochester, NY                          /s/_____
                                                       GEORGE M. REIBER, TRUSTEE


FILED DEC 7 2009 BANKRUPTCY COURT ROCHESTER, NY